# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1035

_____

PHILLIP KESSLER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Martin A. Fitzpatrick, Judge.

May 11, 2018

PER CURIAM.

DISMISSED.

ROBERTS, RAY, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Phillip Kessler, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.